

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00150-CR

## EX PARTE JAY YOON CHUNG

**From the County Court at Law
Navarro County, Texas
Trial Court No. C34587-CR**

## MEMORANDUM OPINION

Jay Yoon Chung appeals the denial of a motion to recuse the trial court judge from Chung's article 11.07 habeas proceeding. The denial of a motion to recuse is appealable on a final judgment only. *See In re Norman*, 191 S.W.3d 858, 860 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding). There is no final judgment in the proceeding below.[1]

Accordingly, this appeal is dismissed.

Notwithstanding the dismissal, Chung may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if Chung believes this

---

[1] Further, only the Texas Court of Criminal Appeals has jurisdiction in final post-conviction felony proceedings. TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).

opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Chung desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed May 8, 2019
Do not publish
[OT06]

